IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-104 |
| | ) | |
| TROY DONOVAN HART | ) | |

**O R D E R**

Because Defendant has waived the right to a preliminary hearing, this matter should proceed to a final revocation hearing before the presiding District Judge.

In accordance with the Bail Reform Act, the Court conducted a detention hearing on July 20, 2023, pursuant to 18 U.S.C. § 3142(f). Upon careful consideration of the facts presented at the hearing, the Court hereby orders Defendant released pending the final revocation hearing. Defendant shall comply with all terms of supervised release originally imposed on July 20, 2020.

SO ORDERED this 21st day of July, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA